UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-144-MOC

| | |
|---|---|
| **THOMAS RIDDLE,** | ) |
| Plaintiff, | ) |
| Vs. | ) **ORDER** |
| **KILOLO KIJAKAZI, Acting Commissioner of Social Security,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on Plaintiff's Complaint and Defendant's Motion for Remand to the Commissioner for further administrative proceedings. (Doc. No. 8). The Commissioner wishes to conduct further fact finding, including a new administrative hearing.

The Court finds good cause has been alleged for remand and that further administrative fact-finding is warranted. Accordingly, the Court hereby under sentence four of 42 U.S.C. § 405(g) remands the case to the Commissioner for further administrative proceedings, including a new hearing. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Furthermore, Plaintiff's brief, showing as a pending motion in Doc. No. 6, shall be terminated as **MOOT**.

**SO ORDERED.**

Signed: October 18, 2023

Max O. Cogburn Jr.
United States District Judge