UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
AHSEVILLE DIVISION
1:23-cv-00144-MOC

| | |
|---|---|
| THOMAS RIDDLE, | ) |
|     Plaintiff, | ) |
| v. | )    **ORDER** |
| MARTIN O'MALLEY,<br>Commissioner of Social Security, | ) |
|     Defendant. | ) |

**THIS MATTER** comes before the Court on Plaintiff's amended consent motion for attorney fees under the Equal Access to Justice Act. (Doc. No. 13). Defendant does not oppose Plaintiff's motion.

**IT IS ORDERED** that that Plaintiff, Thomas Riddle, is awarded attorney fees in the amount of Nine Thousand Seven Hundred and Fifty Dollars and 00/100 Cents ($9,750.00). These attorney fees will be paid directly to Plaintiff, Thomas Riddle, and sent to the business address of Plaintiff's counsel, George C. Piemonte. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

Further, the Clerk is respectfully instructed to terminate Plaintiff's pending motion for attorney fees pursuant to the Equal Access to Justice Act (Doc. No. 11) as moot.

Signed February 12, 2024

Max O. Cogburn Jr.
United States District Judge